Herbert L. Jackson, et al., Plaintiffs-Appellees, v. Della F. Russell and The Citizens National Bank of Decatur, a Banking Corporation, Defendants. Della F. Russell, Defendant-Appellant.

Gen. No. 10,557. 

Fourth District.

November 19, 1964.

 Wilson, Dyar, Houchen & McDonald, of Decatur (Vernon H. Houchen, of counsel), for appellant; Armstrong & Campbell, of Decatur (Michael I. Campbell and Wayne E. Armstrong, of counsel), for appellees. Opinion by JUSTICE SMITH. Not to be published in full.